IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Richard E. Warren, #70874-083, | ) |
|         Petitioner, | ) C/A No. 3:10-1245-MBS-JRM |
| vs. | ) |
| | ) **O R D E R** |
| United States of America, Inc.; Darlene Drew, Warden, | ) |
|         Respondents. | ) |

Petitioner Richard E. Warren is an inmate in custody of the Federal Bureau of Prisons. He currently is housed at FCI-Bennettsville in Bennettsville, South Carolina. On May 21, 2010, Petitioner filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking to be declared exempt from the Inmate Financial Responsibility Program (IFRP).

In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to United States Magistrate Judge Joseph R. McCrorey for pretrial handling. By order filed June 9, 2010, the Magistrate Judge directed Petitioner to bring the case into proper form by either (1) paying the $5.00 filing fee for a habeas corpus action, or else (2) completing and returning a Form AO 240. Petitioner was directed to take these actions within twenty-one days from the date of the order, or by July 6, 2010. Petitioner did not timely respond to the Magistrate Judge's June 9, 2010. Accordingly, on July 15, 2010, the court dismissed the case without prejudice.

The court is informed that a $5.00 filing fee was received by the Office of the Clerk of Court on August 27, 2010. It appears that Petitioner has brought his case into proper form and wishes to pursue his claim. Accordingly, the court's order dismissing the case (Entry No. 8) is vacated. The

Clerk of Court is directed to reopen the case. The matter is recommitted to the Magistrate Judge for additional pretrial handling.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Judge

Columbia, South Carolina

September 16, 2010.